JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK TATUM, | NO. CV-24-04562-MWC (AGR) |
| Petitioner, | JUDGMENT |
| v. | JS-6 |
| BRIAN PHILLIPS, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: October 21, 2025

_____
MICHELLE WILLIAMS COURT
United States District Judge